**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Thomas A. IODICE, Defendant–
Appellant.**

**No. 11–14156
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 26, 2012.

Robert G. Davies, Randall Joseph Hensel, Kenneth S. Korea, J. Ryan Love,

**934**

Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, Gayle Littleton, Kathryn D. Risinger, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Chet Kaufman, Charles William Lammers, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Thomas A. Iodice, Miami, FL, pro se.

Before EDMONDSON, HULL and BLACK, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Thomas Iodice in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Iodice's supervised release revocation and sentence are **AFFIRMED.**